**STATE of Missouri, Respondent,**

v.

**Edward J. FREDERICK, Appellant.**

WD 78635

Missouri Court of Appeals,
Western District.

ORDER FILED: August 16, 2016

Margaret Johnson, Columbia, MO, Counsel for Appellant

Christine Lesicko, Jefferson City, MO, Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Edward J. Frederick appeals from the circuit court's judgment convicting him of one count of first-degree statutory sodomy and one count of victim tampering after a trial by jury. We affirm. Rule 30.25(b).